**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **DANIEL PERRY, on Behalf of Himself and All Others Similarly Situated,** | : | **CASE NO. 3:16-cv-1904-VLB** |
| **V** | : | |
| **CIGNA CORPORATION, CIGNA HEALTH AND LIFE INSURANCE COMPANY, and OPTUMRX, INC.,** | : | |

**ORDER OF TRANSFER**

**In the interest of justice, the above identified case is hereby transferred to the Honorable Warren W. Eginton. All further pleadings or documents in this matter should be filed with the Clerk's Office in Bridgeport and bear the docket number 3:16-cv-1904(WWE).**

**Dated at Hartford, Connecticut this 5th day of December, 2016.**

**/s/Vanessa L. Bryant**
**Vanessa L. Bryant**
**United States District Judge**